IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-122C |
| v. | ) | |
| | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including March 10, 2006, within which to complete the filing of the administrative record. The administrative record is due to be filed on March 3, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, NVT Technologies, Inc. ("NVT") has authorized us to state that NVT does not oppose this motion, provided that NVT is afforded an additional seven days to file any motion to supplement the administrative record. We do not oppose such an extension for NVT.

At around noon today, counsel for the United States contacted counsel for NVT to confirm certain agreements about the administrative record relevant to this case. We informed counsel for NVT that we had gathered materials placed in the administrative record for the purposes of proceedings before the General Accounting Office (“GAO”). We noted that these materials

were far less than the entire administrative record of the procurement.

The immediate reaction of counsel for NVT was that our approach to gathering the relevant portions of the administrative record was consistent with our previous discussions, and satisfactory. However, upon reflection, counsel for NVT indicated that it would be in the interests of his client, justice and judicial economy to gather the entire administrative record.

We have agreed to gather the entire administrative record. However, in order to gather these materials, we must ship them from Ohio, copy, bates-label, and index these documents. This cannot be accomplished by tomorrow.

Our best estimate is that most of the documents will arrive by Monday. We expect many binders of documents. It will be challenging to file the remaining portion of the administrative record by March 10, 2006, but we are committed to making every effort to meet that proposed deadline.

We intend to file the first portion of the administrative record (gathered to date) tomorrow, March 3, 2006, so that these documents will be available to NVT as soon as possible.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 2, 2006`

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 2, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier