# In The United States Court of Federal Claims

No. 06-122C

(Filed: March 2, 2006)

---

NVT TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 2, 2006, defendant filed an unopposed motion for an enlargement of time in which to file the administrative record. Accordingly, the court adopts the following revised schedule:

1. Defendant will contact the awardee as soon as is practicable, advising it of the lawsuit and indicating that, if awardee desires to intervene, it shall file a motion to do so on or before March 3, 2006;

2. On or before March 10, 2006, defendant shall file the administrative record;

3. On or before March 15, 2006, plaintiff shall file its motion to supplement the administrative record, if necessary;

4. On or before March 20, 2006, defendant shall file its response to plaintiff's motion to supplement the administrative record, if necessary;

5. On or before March 24, 2006, plaintiff shall file its motion for judgment on the administrative record;

6. On or before April 11, 2006, defendant shall file its cross motion for judgment on the administrative record and its response to plaintiff's motion;

7. On or before April 28, 2006, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

8. On or before May 12, 2006, defendant shall file its reply in support of its cross motion for judgement on the administrative record;

9. Oral argument on these motions is tentatively scheduled for May 18, 2006, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The court will confirm this date via future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge