IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-122C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF FILING OF PART 1 OF THE ADMINISTRATIVE RECORD

Pursuant to RCFC Appendix C, paragraph 21, defendant, the United States, respectfully submits this notice of filing the first two binders of the administrative record. Pursuant to the order of the Court, the binders will be filed and served in paper format.

For the convenience of the Court, and the parties, the United States respectfully submits the following index to this first part of the administrative record. The portions of the administrative record filed under seal, and subject to the protective order entered in this case, are indicated on the index as "PROTECTED MATERIAL."

VOLUME I

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1-5 | INTENTIONALLY OMITTED (post-decision documents) | 1 - 217 |
| 6. | Solicitation FA8601-05-R-0034, dated May 24, 2005 | 218 - 340 |

7. Amendment 01,
dated June 6, 2005 . . . . . . . . . . . . . . 341 - 357

8. Amendment 02,
dated June 9, 2005 . . . . . . . . . . . . . 358 - 359

9. Amendment 03,
dated June 24, 2005 . . . . . . . . . . . . . . 360 - 361

10. Amendment 04,
dated June 28, 2005 . . . . . . . . . . . . . . 362 - 363

11. Technical Evaluations,
dated July 12, 2005 . . . . . . . . . . . . . . 364 - 369
PROTECTED MATERIAL

12. Past Performance Evaluation Summary,
undated . . . . . . . . . . . . . . . . . . . . 370 - 376
PROTECTED MATERIAL

13. Source Selection Decision,
dated September 8, 2005 . . . . . . . . . . . . 377 - 381
PROTECTED MATERIAL

14. Request For Approval Of Contract (slide show),
dated September 8, 2005 . . . . . . . . . . . . 382 - 389
PROTECTED MATERIAL

15. Contract No. FA8601-05-D-006,
awarded to Select Tech Services Corp.,
dated October 12, 2005 . . . . . . . . . . . . 390 - 484

16. Debriefing For NVT (slide show),
dated October 25, 2005 . . . . . . . . . . . . 485 - 491
PROTECTED MATERIAL

17. Independent Government Estimate,
undated . . . . . . . . . . . . . . . . . . . . 492 - 496
PROTECTED MATERIAL

18. PCM Pricing Competition Memorandum,
dated September 8, 2005 . . . . . . . . . . . . . . 497 - 504
PROTECTED MATERIAL

19. Small Business Administration Size Determination,
dated October 12, 2005 . . . . . . . . . . . . . . 505 - 509

20. INTENTIONALLY OMITTED
(post decision document) . . . . . . . . . . . . . . 510

21. Government Letter To NVT,
Requesting Final Proposal,
dated August 17, 2005 . . . . . . . . . . . . . . . 511 - 512
PROTECTED MATERIAL

22. Initial Proposal Submitted By NVT,
dated June 30, 2005 . . . . . . . . . . . . . . . . 513 - 673
PROTECTED MATERIAL

VOLUME II

23. Final Proposal Revision,
Submitted By NVT,
dated August 24, 2005 . . . . . . . . . . . . . . . 674 - 827
PROTECTED MATERIAL

24. Initial Proposal,
Submitted By Select Tech,
dated June 30, 2005 . . . . . . . . . . . . . . . . 828 - 957
PROTECTED MATERIAL

25. Final Proposal Revision,
Submitted By Select Tech,
dated August 31, 2005 . . . . . . . . . . . . . 958 - 1057
PROTECTED MATERIAL

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 3, 2006` Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 3, 2006, a copy of the foregoing "NOTICE OF FILING OF PART 1 OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier