IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 06-122C (Judge Allegra) |

DEFENDANT'S MOTION FOR LEAVE TO FILE ONLY TWO COPIES OF THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully seeks leave to file only two copies of the administrative record with the Court. This request was granted at a status conference with the Court. However, we are making our request again, in writing, for the convenience of the Clerk. We hope that his tasks may be made easier by making an easily accessible record concerning this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 3, 2006` Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 3, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ONLY TWO COPIES OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier