IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-122C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF FILING OF SECOND PORTION OF THE ADMINISTRATIVE RECORD

Pursuant to RCFC Appendix C, paragraph 21, defendant, the United States, respectfully submits this notice of filing the second portion of the administrative record. We earlier filed the first two binders of the administrative record described below in the index. Pursuant to the order of the Court, the additional binders (like the first two binders) will be filed and served in paper format.

For the convenience of the Court, and the parties, the United States respectfully submits the following complete index to the administrative record. The portions of the administrative record filed under seal, and subject to the protective order entered in this case, are indicated on the index as "PROTECTED MATERIAL."

INDEX TO ADMINISTRATIVE RECORD

VOLUME I

| TAB | DOCUMENT | PAGE |
|---|---|---|
| 1-5 | INTENTIONALLY OMITTED (post-decision documents) . . . . . . . . . . . . . | 1 - 217 |

6. Solicitation FA8601-05-R-0034,
dated May 24, 2005 . . . . . . . . . . . . . . . . 218 - 340

7. Amendment 01,
dated June 6, 2005 . . . . . . . . . . . . . . . . 341 - 357

8. Amendment 02,
dated June 9, 2005 . . . . . . . . . . . . . . . 358 - 359

9. Amendment 03,
dated June 24, 2005 . . . . . . . . . . . . . . . . 360 - 361

10. Amendment 04,
dated June 28, 2005 . . . . . . . . . . . . . . . . 362 - 363

11. Technical Evaluations,
dated July 12, 2005 . . . . . . . . . . . . . . . . 364 - 369
PROTECTED MATERIAL

12. Past Performance Evaluation Summary,
undated . . . . . . . . . . . . . . . . . . . . . . 370 - 376
PROTECTED MATERIAL

13. Source Selection Decision,
dated September 8, 2005 . . . . . . . . . . . . . 377 - 381
PROTECTED MATERIAL

14. Request For Approval Of Contract (slide show),
dated September 8, 2005 . . . . . . . . . . . . . 382 - 389
PROTECTED MATERIAL

15. Contract No. FA8601-05-D-006,
awarded to Select Tech Services Corp.,
dated October 12, 2005 . . . . . . . . . . . . . 390 - 484

16. Debriefing For NVT (slide show),
dated October 25, 2005 . . . . . . . . . . . . . 485 - 491
PROTECTED MATERIAL

17. Independent Government Estimate,
undated . . . . . . . . . . . . . . . . . . . . 492 - 496
PROTECTED MATERIAL

18. PCM Pricing Competition Memorandum,
dated September 8, 2005 . . . . . . . . . . . . 497 - 504
PROTECTED MATERIAL

19. Small Business Administration Size Determination,
dated October 12, 2005 . . . . . . . . . . . . 505 - 509

20. INTENTIONALLY OMITTED
(post decision document) . . . . . . . . . . . . . . 510

21. Government Letter To NVT,
Requesting Final Proposal,
dated August 17, 2005 . . . . . . . . . . . . . 511 - 512
PROTECTED MATERIAL

22. Initial Proposal Submitted By NVT,
dated June 30, 2005 . . . . . . . . . . . . . . 513 - 673
PROTECTED MATERIAL

VOLUME II

23. Final Proposal Revision,
Submitted By NVT,
dated August 24, 2005 . . . . . . . . . . . . . 674 - 827
PROTECTED MATERIAL

24. Initial Proposal,
Submitted By Select Tech,
dated June 30, 2005 . . . . . . . . . . . . . . 828 - 957
PROTECTED MATERIAL

25. Final Proposal Revision,
Submitted By Select Tech,
dated August 31, 2005 . . . . . . . . . . . . 958 - 1057
PROTECTED MATERIAL

VOLUME III

26. Clearance To Request Final Proposal Review,
undated . . . . . . . . . . . . . . . . . . . . 1058 - 1077
PROTECTED MATERIAL

27. Comments On JWK Proposal,
undated . . . . . . . . . . . . . . . . . . . . 1078 - 1085
PROTECTED MATERIAL

28. Kick Off Strategy Meeting,
dated March 30, 2004 . . . . . . . . . . . . . . 1086 - 1100
PROTECTED MATERIAL

29. Technical Evaluation Team - Capabilities
Package Review,
dated December 27, 2004 . . . . . . . . . . . . 1101 - 1102
PROTECTED MATERIAL

30. Quality Control Requirements Per
PWS - Select Tech,
undated . . . . . . . . . . . . . . . . . . . . 1103 - 1107
PROTECTED MATERIAL

31. Determination And Findings,
undated . . . . . . . . . . . . . . . . . . . . 1108 - 1117
PROTECTED MATERIAL

32. New Start Validation Form,
undated . . . . . . . . . . . . . . . . . . . . 1118 - 1122
PROTECTED MATERIAL

33. Estimate,
undated . . . . . . . . . . . . . . . . . . . . 1123 - 1154
PROTECTED MATERIAL

34. Returned Questionnaires,
undated . . . . . . . . . . . . . . . . . . . . 1155 - 1184
PROTECTED MATERIAL

35. Past Performance Evaluation Summary,
undated . . . . . . . . . . . . . . . . . . . . 1185 - 1203
PROTECTED MATERIAL

36. Notice Of Intention To Make A Service
Contract And Response,
dated March 22, 2005 . . . . . . . . . . . . . . 1204 - 1206
PROTECTED MATERIAL

37. Base Support Availability,
dated March 31, 2005 . . . . . . . . . . . . . . 1207 - 1208
PROTECTED MATERIAL

38. Determination And Findings,
undated . . . . . . . . . . . . . . . . . . . . 1209 - 1215
PROTECTED MATERIAL

39. Memorandum Re: Time And Material Handling,
dated May 4, 2005 . . . . . . . . . . . . . . . 1216 - 1217
PROTECTED MATERIAL

40. Amendment
dated June 30, 2005 . . . . . . . . . . . . . . 1218 - 1254
PROTECTED MATERIAL

41. Preward Information Exchange System
dated June 10, 2005 . . . . . . . . . . . . . . 1255 - 1276
PROTECTED MATERIAL

42. Present/Past Performance,
Questionnaire - Select Tech
dated June 14, 2005 . . . . . . . . . . . . . . 1277 - 1376

43. Pre-Proposal Conference And Site Visit
dated June 14, 2005 . . . . . . . . . . . . . . 1378 - 1533
PROTECTED MATERIAL

VOLUME IV

44. Select Tech Proposal,
dated June 30, 2005 . . . . . . . . . . . . . . . . 1534 - 1829
PROTECTED MATERIAL

45. Dynamic Science Proposal, Subcontractor For NVT
undated . . . . . . . . . . . . . . . . . . . . 1830 - 1930
PROTECTED MATERIAL

46. Ad Tech Proposal,
dated June 30, 2005 . . . . . . . . . . . . . . . . 1931 - 2059
PROTECTED MATERIAL

47. Past Performance Rating,
undated . . . . . . . . . . . . . . . . . . . . 2060 - 2169
PROTECTED MATERIAL

VOLUME V

48. Representations And Certifications,
dated August 31, 2005 . . . . . . . . . . . . . . 2170 - 2193
PROTECTED MATERIAL

49. Select Tech Notice Of Material Proposal,
dated June 30, 2005 . . . . . . . . . . . . . . . . . . 2194
PROTECTED MATERIAL

50. Source Selection Information Briefing And
dated July 5, 2005 . . . . . . . . . . . . . . . . 2195 - 2206
PROTECTED MATERIAL

51. Evaluation Of Technical Proposal,
dated July 5, 2005 . . . . . . . . . . . . . . . . . . . 2207
PROTECTED MATERIAL

52. Mission Capability Evaluation Results,
dated July 12, 2005 . . . . . . . . . . . . . . . 2208 - 2277
PROTECTED MATERIAL

53. Request For Clearance,
dated August 5, 2005 . . . . . . . . . . . . . . . 2278 - 2306
PROTECTED MATERIAL

54. Central Contractor Registration,
dated August 17, 2005 . . . . . . . . . . . . 2307 - 2334
PROTECTED MATERIAL

55. Letter Re: Ad Tech Issue
dated August 18, 2005 . . . . . . . . . . . . . 2336 - 2357
PROTECTED MATERIAL

56. Delegation of Source Selection Authority,
dated August 26, 2005 . . . . . . . . . . . . . . . . 2358
PROTECTED MATERIAL

57. Select Tech Final Proposal Revision,
dated August 24, 2005 . . . . . . . . . . . . . 2359 - 2450
PROTECTED MATERIAL

58. Central Contractor Registration
Form - Select Tech
dated August 31, 2005 . . . . . . . . . . . . . 2451 - 2453
PROTECTED MATERIAL

59. Source Selection Decision Document,
dated September 8, 2005 . . . . . . . . . . . . 2454 - 2458
PROTECTED MATERIAL

60. Price Competition Memorandum,
dated September 8, 2005 . . . . . . . . . . . . 2459 - 2466
PROTECTED MATERIAL

61. Request For Approval Of Contract Award,
dated September 8, 2005 . . . . . . . . . . . . 2467 - 2474
PROTECTED MATERIAL

62. Judge Advocate Coordination Sheet,
dated September 13, 2005 . . . . . . . . . . . . . . . . . 2475
PROTECTED MATERIAL

63. Contract Security Classification Specification,
dated September 30, 2005 . . . . . . . . . . . . . . 2476 - 2483
PROTECTED MATERIAL

64. Acquisition Strategy Plan,
dated September 8, 2005 . . . . . . . . . . . . . . 2484 - 2501
PROTECTED MATERIAL

65. Contracting Officer's Determination of
Contractor's Responsibility,
dated September 9, 2005 . . . . . . . . . . . . . . 2502 - 2508
PROTECTED MATERIAL

66. SBA Challenge Letter,
dated September 20, 2005 . . . . . . . . . . . . . . 2509 - 2517
PROTECTED MATERIAL

67. Attendance Sheet,
undated . . . . . . . . . . . . . . . . . . . . . . 2518 - 2539
PROTECTED MATERIAL

68. SBA Size Determination,
dated October 12, 2005 . . . . . . . . . . . . . . . 2540 - 2623
PROTECTED MATERIAL

69. Order For Supplies or Services,
dated October 12, 2005 . . . . . . . . . . . . . . . 2624 - 2647
PROTECTED MATERIAL

70. Comments on AdTech,
undated . . . . . . . . . . . . . . . . . . . . . 2648 - 2655
PROTECTED MATERIAL

71. AdTech Debriefing,
dated October 24, 2005 . . . . . . . . . . . . . . 2656 - 2662
PROTECTED MATERIAL

72. AdTech Questionnaires,
dated October 25, 2005 . . . . . . . . . . . . . . 2663 - 2665
PROTECTED MATERIAL

VOLUME VI

73. Debriefing Charts of Unsuccessful Offerrors,
dated October 25, 2005 . . . . . . . . . . . . . . 2666 - 2917
PROTECTED MATERIAL

74. NVT Request for Contract Numbers,
dated October 25, 2005 . . . . . . . . . . . . . . 2918 - 2919
PROTECTED MATERIAL

75. NVT Debriefing,
dated October 25, 2004 . . . . . . . . . . . . . . 2920 - 3021
PROTECTED MATERIAL

76. Individual Contracting Action Report,
dated December 2, 2005 . . . . . . . . . . . . . . 3022 - 3028
PROTECTED MATERIAL

77. Relevancy Rating Procedures,
dated December 19, 2005 . . . . . . . . . . . . . 3029 - 3080
PROTECTED MATERIAL

78. Functional Managers of Capabilities Packages,
dated January 20, 2005 . . . . . . . . . . . . . . 3081 - 3190
PROTECTED MATERIAL

VOLUME VII

79. Completed Solicitation Review,
dated May 11, 2005 . . . . . . . . . . . . . . . . 3191 - 3475
PROTECTED MATERIAL

80. Quality Assurance Surveillance Plan,
dated March 31, 2005 . . . . . . . . . . . . . . . . . 3476 - 3613
PROTECTED MATERIAL

VOLUME VIII

81. Performance Work Statement,
dated September 10, 2004 - April 22, 2005 . . . 3614 - 4427
PROTECTED MATERIAL

VOLUME IX

82. Agency Memorandum of Law,
dated December 28, 2005 . . . . . . . . . . . . . 4428 - 4504
PROTECTED MATERIAL

83. Statement of Facts,
undated . . . . . . . . . . . . . . . . . . . . 4505 - 4511

84. Master Tally Spreadsheet,
dated December 19, 2005 . . . . . . . . . . . . . 4512 - 4586
PROTECTED MATERIAL

85. GAO Notice of Protective Order,
dated October 31, 2005 . . . . . . . . . . . . . . 4587 - 4595
PROTECTED MATERIAL

86. Amendment,
dated November 8, 2005 . . . . . . . . . . . . . . 4596 - 4644
PROTECTED MATERIAL

87. Response to Protestor’s Supplemental
Document Request,
dated November 30, 2005 . . . . . . . . . . . . . 4645 - 4722
PROTECTED MATERIAL

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 10, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 3, 2006, a copy of the foregoing "NOTICE OF FILING OF SECOND PORTION OF THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier