Agreed-Upon Redacted Copy – May be Made Public

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

NVT TECHNOLOGIES, INC.
21515 Ridgetop Circle
Suite 100
Sterling, VA 20166

Plaintiff

v.

THE UNITED STATES OF AMERICA,

Defendant.

(Bid Protest)

Case No. 06-122C
(Judge Allegra)

**STATEMENT OF FACTS**

1. Solicitation No. FA8601-05-R-0034 was issued by the U.S. Air Force on May 24, 2005. See Administrative Record ("AR"), at Tab 6, p. 218. The due date for initial proposals was June 30, 2005. See AR Tab 7, RFP Amendment 1, at p. 342.
2. Discussions were conducted, and Final Proposal Revisions (FPR) were due on August 24, 2005. See AR at Tab 21, pp. 511-512 (letter to NVT requesting FPR); See also letter from agency to SelectTech dated August 17, 2005 requesting FPR. AR, Tab 84 pp. 4537 - 4538
3. The SF 33 accompanying the August 24, 2005 proposal to the procuring agency was marked "*DRAFT*". AR, Tab 25, p. 973.

4. SelectTech's submission dated August 24, 2005 was not a "*firm binding offer*." AR, Tab 25, p. 973. See also AR, Para. XI(b), pp. 4528-4529.

5. SelectTech's offer dated August 24, 2005 was not accepted by Defendant. AR, Tab 25, p. 973; AR at Tab 15, p. 390.

6. On September 20' 2005, SelectTech submitted a new offer to the Defendant. AR at Tab 15, p. 390.

7. SelectTech's SF 33 dated September 20, 2005 represented the awardee's "*firm binding offer*." See AR, Para. XI(b), pp. 4528-4529.

8. SelectTech's offer dated September 20, 2005 was accepted by the Defendant on October 12, 2005. AR at Tab 15, p. 390.

9. Excluding SelectTech, . The price submitted by . AR, Tab 13, p. 380. past performance score was . NVT's past performance score was . AR, Tab 12, p. 372.

10. If SelectTech were eliminated from the competition, the agency would be required under the provisions of Section M of the RFP to conduct a Price/Past Performance Trade-off ("PPT") analysis to determine whether the additional price was worth the past performance differential between proposal and the proposal submitted by See AR Tab 6, para 1, p. 270 and para (c)(2), p. 271.

11. During oral discussions, the agency raised concerns pertaining to the relevancy of NVT's past performance. AR, Tab 23, p. 674.

12. NVT's FPR provided additional detail as to the relevance of the prior contracts which it identified for past performance evaluation. AR, Tab 23, pp. 681-700.

13. The Past Performance Evaluation was finalized prior to receipt of NVT's FPR. See AR, at Tab 12, pp. 370-376.

Respectfully submitted,

/s Jeffrey A. Lovitky
Attorney for Plaintiff
1735 New York Ave., N.W., Suite 500
Washington D.C. 20006
Tel: 202-429-3393
Fax: 202-318-4013

Date: March 23, 2006

**Certificate of Service**

I hereby certify that on March 23, 2006, a copy of the foregoing Plaintiff's Statement of Facts was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s Jeffrey A. Lovitky