IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC.<br>21515 Ridgetop Circle<br>Suite 100<br>Sterling, VA 20166<br><br>Plaintiff | ) | (Bid Protest) |
| v. | ) | Case No. 06-122C<br>(Judge Allegra) |
| THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT**

Plaintiff advised Defendant in an email dated March 30, 2006 that it no objection to the enlargement sought by Defendant provided that the additional time sought by Defendant is subtracted from the time the government has to file its Reply Brief. Accordingly, Plaintiff has no objection to Defendant's Motion, assuming that NVT is given until May 1 to file its Reply Brief, and the Defendant's time for filing its Reply Brief remains as May 12.

DATED: April 5, 2006

Respectfully submitted,

/s Jeffrey A. Lovitky
Attorney for Plaintiff
1735 New York Ave., N.W., Suite 500
Washington D.C. 20006
Tel: 202-429-3393
Fax: 202-318-4013
Lovitky@aol.com

**Certificate of Service**

I hereby certify that on April 5, 2006, a copy of the foregoing Plaintiff's Response to Defendant's Motion for an Enlargement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s Jeffrey A. Lovitky