# In The United States Court of Federal Claims

No. 06-122C

(Filed: April 5, 2006)

NVT TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 5, 2006, defendant filed an unopposed motion for an enlargement of time in which to file its cross-motion for judgment on the administrative record. The motion is hereby **GRANTED**. Accordingly, the court adopts the following revised schedule:

1. On or before April 14, 2006, defendant shall file its cross motion for judgment on the administrative record and its response to plaintiff's motion;

2. On or before May 3, 2006, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

3. On or before May 12, 2006, defendant shall file its reply in support of its cross motion for judgement on the administrative record;

4. Oral argument on these motions is scheduled for May 18, 2006, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge