IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) ) | No. 06-122C (Judge Allegra) |

DEFENDANT'S MOTION FOR A SCHEDULING CONFERENCE

Pursuant to RCFC 16(b), defendant, the United States, respectfully requests the Court to convene a scheduling conference, by telephone, to discuss the schedule for oral argument concerning the cross motions for judgment upon the administrative record. Counsel for the United States suggested to counsel for plaintiff, NVT Technologies, Inc. ("NVT"), that such a telephone call could be made jointly to chambers. However, counsel for NVT has indicated that he will only participate in such a conversation pursuant to a court order. Accordingly, we respectfully request that the Court issue an order convening a scheduling conference by telephone.

Counsel for the United States has a two-year old son. His son must undergo medical treatment on May 18, 2006 -- the same day that oral argument is scheduled to be held. Thus, counsel for the United States will be unable to attend oral argument on May 18, 2006.

Counsel for the United States is available on many other days. We respectfully suggest that oral argument be held on some different date convenient to the Court and to counsel for NVT.

In the event that the date for oral argument cannot be changed, counsel for the United States will make arrangements to transfer the argument to another attorney at the Department of Justice. However, in order to promptly make such arrangements, counsel must know whether May 18, 2006 is the only possible day for oral argument. Accordingly, we respectfully request that the scheduling conference be convened in the near future.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

April 27, 2006` Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 27, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR A SCHEDULING CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier