IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC.<br>21515 Ridgetop Circle<br>Suite 100<br>Sterling, VA 20166 | ) | |
| Plaintiff | ) | (Bid Protest) |
| v. | ) | Case No. 06-122C<br>(Judge Allegra) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR A SCHEDULING CONFERENCE**

Plaintiff's counsel did not state that he would be available for a scheduling conference only pursuant to Court order. Rather, Defendant inquired whether Plaintiff would agree to a hearing date of May 17, to accommodate a dental appointment for Mr. Poirier's son. Plaintiff responded that it had no objection to a May 17 hearing date, provided that Defendant agreed to submit its final brief not later than May 11. See Exhibit – email correspondence. Plaintiff further stated in a separate email that May 17 and 18 are the only days that counsel would be available that week, and that Plaintiff would oppose any extension of the hearing date beyond May 18. Id. Plaintiff suggested that Defendant submit its request to the Court, in the form of a motion, as opposed to contacting chambers via telephone.

Plaintiff's counsel is currently in Israel. The Jewish Shabbat begins on April 28 at 6:37 PM, which is 11:37 AM in Washington D.C. Accordingly, Plaintiff respectfully requests that any conference call scheduled for Friday commence before 11:00 AM, EST. Plaintiff's counsel may be reached at 202-744-9702 on Friday. Counsel will be returning to Washington D.C. on Monday, May 1, on a flight that leaves at 4:30 AM EST, and arrives in Newark at 4:40 PM.

DATED: April 27, 2006

Respectfully submitted,

/s Jeffrey A. Lovitky
Attorney for Plaintiff
1735 New York Ave., N.W., Suite 500
Washington D.C. 20006
Tel: 202-429-3393
Fax: 202-318-4013
Lovitky@aol.com

**Certificate of Service**

I hereby certify that on April 27, 2006, a copy of the foregoing Plaintiff's Response to Defendant's Motion for a Scheduling Conference was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s Jeffrey A. Lovitky