Subj: **NVT**
Date: 4/24/2006 7:54:46 P.M. Eastern Standard Time
From: Lovitky
To: james.poirier@usdoj.gov

Jim: Sorry did not get back with you earlier today.

Plaintiff has no objection to scheduling the hearing for Wednesday May 17, provided that the government agrees to submit its final brief by May 11.

Jeff

Subj: **NVT**
Date: 4/26/2006 3:43:33 P.M. Eastern Standard Time
From: Lovitky
To: james.poirier@usdoj.gov

Jim: I just tried calling you; however, you were not in the office. I feel the best way for you to proceed is by submitting a written motion to the Court. Plaintiffs will not oppose moving the hearing to May 17; provided that Defendant agrees to furnish its final brief not later than May 11.

I also would like you to know that May 17 and 18 are the only days that I will be available that week. Plaintiffs will oppose any extension of the hearing date beyond May 18.

I look forward to seeing your motion.

Jeffrey A. Lovitky
Attorney at Law
1735 New York Ave., N.W.,
Suite 500
Washington, D.C. 20006
Tel: 202.429.3393
Fax: 202.318.4013
Cell: 202.744.9702
www.lovitky.com

The information contained in this message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify this office at (202) 429-3393. Thank you for your cooperation