# In The United States Court of Federal Claims

No. 06-122C

(Filed: May 2, 2006)

NVT TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 27, 2006, defendant filed a motion to amend schedule. The motion is hereby **GRANTED**. Accordingly, the court adopts the following revised schedule:

1. On or before May 11, 2006, defendant shall file its reply in support of its cross motion for judgement on the administrative record; and

2. Oral argument on these motions is scheduled for May 17, 2006, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge