IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-122C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO CORRECT A FILING MISTAKE

Defendant, the United States, respectfully seeks leave to file volumes 3 and 4 of the administrative record (appended to this motion) with the Court. It appears that, by mistake, no copies of these volumes were delivered to the Clerk's Office with the previous notice of filing.

The United States further seeks leave to file volume 3 and volume 4 without providing any new copy of these volumes to the plaintiff. We previously served plaintiff with the exact same volumes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

May 12, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 12, 2006, a copy of the foregoing "DEFENDANT’S MOTION FOR LEAVE TO CORRECT A FILING MISTAKE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier