# In The United States Court of Federal Claims

No. 06-122C

(Filed: May 18, 2006)

NVT TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The Clerk is hereby directed to scan and file the attached document as page 4723 of the administrative record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge