# In The United States Court of Federal Claims

No. 06-122C

(Filed: May 18, 2006)

NVT TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On or before May 24, 2006, defendant shall file with the court a declaration from the appropriate custodian stating:

(i) The process through which the document filed by the court on May 18, 2006, as page 4723 of the Administrative Record was found; and

(ii) That there are no other similarly situated documents that should be included as part of the Administrative Record in this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge