**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 88TH AIR BASE WING (AFMC)
WRIGHT-PATTERSON AFB OHIO

20 Sep 2005

MEMORANDUM FOR SelectTech Services Corporation
ATTENTION: Dr. Robert Finch
8045 Washington Village Drive (Montgomery County)
Centerville, OH 45458-1847

FROM: 88 CONS/PKPB
1940 Allbrook Drive Ste 3
Wright-Patterson AFB OH 45433-5309

SUBJECT: Contract FA8601-05-D-0006

1. Forwarded herewith is an unsigned copy of the subject bi-lateral contract. If acceptable to you, please execute two copies, in accordance with paragraphs 2 and 3 below. Return a signed copy of SF 33, not later than 1600 hours 23 Sep 05, accompanied by a letter of transmittal to this office:

ATTN: MR. EUGENE D. HARVEY JR.
88 CONS/PKPB
1940 Allbrook Drive Ste 3
WRIGHT-PATTERSON AFB OH 45433-5309

2. The person signing the copies must have authority to bind your firm contractually. If such person is signing for a corporation, evidence of such signatory authority must be on file at this headquarters. If such evidence is not on file, it must be furnished with the return of the executed copy. The contractor's name, signature, name and title of individual executing the document shall be typed/printed in Blocks 15 a, b, c 16, 17, and 18 of page 1.

3. Under no circumstances shall you make any corrections or modifications to the document. Any comments shall be set forth in your letter of transmittal.

4. Telephone inquiries should be directed to 88 CONS/PKPB, Mr. Eugene D. Harvey Jr., (937) 257-6478, ext. 4333 or the undersigned at ext. 4300.

Catherine A. Doyle
CATHERINE A. DOYLE
Contracting Officer

1 ATCH
Contract