IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-122C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF FILING OF DECLARATION OF MR. HARVEY

Pursuant to the order of the Court at hearing on May 17, 2006, defendant, the United States, respectfully submits the attached declaration of Mr. Harvey.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S Donald E. Kinner
DONALD E. KINNER
Assistant Director

/S James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

May 22, 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 22, 2006, a copy of the foregoing "NOTICE OF FILING OF DECLARATION OF MR. HARVEY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier