IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NVT TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | (Bid Protest) |
| | ) | Case No. 06-122C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF EUGENE D. HARVEY, JR.

I, Eugene D. Harvey, Jr., hereby state as follows:

1. My current position of employment is as a Contract Specialist with the 88 Contracting Squadron Wright-Patterson Air Force Base, Ohio. As part of my official duties I was assigned as the buyer on Solicitation # FA8601-05-R-0034 to acquire Facilities Operations and Laboratory Management Services for the Air Force Research Laboratories located at Wright-Patterson Air Force Base. The contract resulting from the solicitation was awarded to SelectTech Services Corporation (SelectTech) on September 20, 2005. NVT Technologies, Inc. has filed a protest against this award with the Court of Federal Claims.

2. On Tuesday, May 16, 2006, I was contacted by Major Jeff Branstetter, AFLOA/JACN, asking if any type of transmittal letter had been sent to SelectTech along with the contract award document. If such a letter existed, Major Branstetter wanted to know where in the Administrative Record it would be located.

3. I searched the official contract records in my possession and found no such document. However, I remembered that I had a file of "to be filed" documents on my desk. I did not believe that file contained any documents dealing with the referenced solicitation or resulting contract award. However, when I checked the file, I discovered that it did contain such a document, and I provided a copy of it to Major Branstetter on May 16, 2006 as he had requested.

4. On Thursday, May 18, 2006, I did a thorough check of the complete "to be filed" folder and found that it also contained one other document dealing with the referenced solicitation and resulting contract award. That document was a cover letter from SelectTech included with the signed SF 33 contract award document dated September 20, 2005. I have attached the cover letter to this declaration. Since SelectTech is a local firm, the cover letter and contract document were hand-carried to my office instead of arriving by mail. I believe that is why it may not have been immediately filed in the official contract file, but was instead placed in the "to be filed" folder.

5. When my office copied the official contract file to be submitted to the Court as part of the Administrative Record it did not occur to me to check my "to be filed" folder as it ordinarily would not have contained any documents dealing with the solicitation or award because such documents are generally immediately placed into the official contract file.

6. I have made another thorough check of that file, and it contains no other documents that should have been included in the Administrative Record. The failure to include the two letters referenced above into the official contract file was an administrative oversight, and not an intentional omission.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on this 19th day of May 2006.

Eugene D. Harvey Jr.

EUGENE D. HARVEY, JR.
Contract Specialist
88 CONS/PKPB
United States Air Force

ATTACHMENT
SelectTech ltr dtd 20 Sep 05