**SelectTech Services Corporation**
8045 Washington Village Drive, Centerville, OH 45458
(937) 438-9905 fax (937) 438-9920

20 September 2005

Department of the Air Force
88 CONS/PKPB
1940 Allbrook Drive, Suite 3
Wright-Patterson AFB, OH 45433-5309

Attention: Mr. Eugene Harvey, Contract Administrator

Subject: Submittal Of Signed Standard Form 33

Reference: 1) Contract Transmittal Letter Dated 20 September 2005
2) Contract FA8601-05-D-0006

Dear Mr. Harvey:

SelectTech Services Corporation is pleased to return two signed Standard Form 33 for the referenced contracts.

Please contact the undersigned should you require further information or clarification.

Sincerely,

**SELECTTECH SERVICE CORPORATION**

Robert B. Finch, PhD
President

RBF:mms